JOHN A. GRAY, RESPONDENT, *v.* SAMUEL W. GREEN AND OTHERS, APPELLANTS.

*Injunction.*

APPEAL from an order appointing a receiver of a note of $19,500, and prohibiting and restraining the defendants, their agents, etc., from assigning, transferring, incumbering or disposing of certain personal property, on which plaintiff claimed to have a lien, to secure the payment of moneys claimed to be owing to him.

The court, after considering the evidence, was of opinion that it did not justify the granting of the injunction, and reversed the order appealed from, with ten dollars costs, besides disbursements, and denied the motion, with ten dollars costs.

*Dickerson & Beaman*, for the appellants.

*John E. Burrill*, for the respondent.

Opinion by DANIELS, J.

DAVIS, P. J., and BRADY, J., concurred.

Order reversed, with ten dollars costs besides disbursements, and motion denied with ten dollars costs.